So Ordered.
2/12/2025
*James G. Carr*
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TRINITY PRITCHARD**, | ) | Case No. 3:23-cv-1001 |
| | ) | |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | |
| | ) | |
| **FTM, LLC D/B/A FATHER JOHN'S MICROBREWERY, ET AL.**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED DISMISSAL OF CLAIMS *WITH PREJUDICE*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Trinity Pritchard and Defendants FTM, LLC d/b/a Father John's Microbrewery and John Trippy, hereby jointly stipulate and agree to the dismissal of this case with prejudice. The Parties stipulate and agree that the Court shall retain jurisdiction over the terms of the settlement agreement. Each party shall bear its own costs.

Respectfully submitted,

| **BRYANT LEGAL, LLC** | EASTMAN & SMITH LTD. |
|---|---|
| */s/ Daniel I. Bryant* | *s/ James B. Yates (email consent on 2/10/25)* |
| Daniel I. Bryant (0090859) | James B. Yates (0047309) |
| 4400 N. High St., Suite 310 | jbyates@eastmansmith.com |
| Columbus, Ohio 43214 | Jared J. Lefevre (0085931) |
| Phone: (614) 704-0546 | jjlefevre@eastmansmith.com |
| Facsimile: (614) 573-9826 | Jade L. Robinson (0100187) |
| Email: dbryant@bryantlegalllc.com | jlrobinson@eastmansmith.com |
| | One SeaGate, 27th Floor |
| Matthew B. Bryant (0085991) | P.O. Box 10032 |
| Esther E. Bryant (0096629) | Toledo, Ohio 43699-0032 |
| 3450 W Central Ave., Suite 370 | Telephone: (419) 241-6000 |
| Toledo, Ohio 43606 | Fax: (419) 247-177 |
| Telephone: (419) 824-4439 | |

| | |
|---|---|
| Facsimile: (419) 932-6719<br>Email: Mbryant@bryantlegalllc.com<br>   Ebryant@bryantlegalllc.com | Counsel for Defendants FTM, LLC d/b/a<br>Father John's Microbrewery and<br>John Trippy |

*Attorneys for Plaintiff*

<b><u>CERTIFICATE OF SERVICE</u></b>

   I hereby certify that on this 10th day of February 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system

                  */s/ Daniel I. Bryant*
                  Daniel I. Bryant (0090859)